1 | MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

MAR 02 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

# CR11   00105 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 18 U.S.C. § 654 - Officer or Employee of United States Converting Property of Another |
| v. | |
| JAIME MARTINEZ, | |
| Defendant. | |

### INFORMATION

The United States Attorney charges:

On or about December 8, 2010, in the Northern District of California, the defendant,

JAIME MARTINEZ,

did knowingly embezzle or wrongfully convert to his own use property of another, to wit: one $50 Wal-Mart gift card addressed to a Foothill Station Post Office customer, which came into his possession and under his control during and in the course of his employment with the United States Postal Service.

//

INFORMATION

1  All in violation of Title 18, United States Code, Section 654.

DATED: 3-1-11

MELINDA HAAG
United States Attorney

_____
AMBER ROSEN
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
JEFF SCHENK
Assistant United States Attorney

INFORMATION

2

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

─── OFFENSE CHARGED ───

Officer or Employee of United States Converting Property of Another - Title 18, U.S.C., Section 654

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum 1 year imprisonment
Maximum $100,000 fine
Maximum 1 year Supervised Release
Mandatory $25 Special Assessment

FILED MAR 02 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───
▶ Jaime Martinez

DISTRICT COURT NUMBER: **CR 11 00105 MAG**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any): **U.S. Postal Service**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **Melinda Haag**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Jeff Schenk**

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction      } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed  Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address: ▓▓▓▓▓▓▓
(Agent Will Serve Summons)

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 3/24/11 at ~~9:30am~~ 1:30 PM   Before Judge: **Judge Lloyd**

Comments: