```
                                                    FILED
                                                   APR 2 5 2011
                                                 RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
                                                     SAN JOSE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JAIME MARTINEZ, <br> Defendant. | No.   CR 11-00105 HRL <br><br> [~~PROPOSED~~] ORDER GRANTING GOVERNMENT"S REQUEST TO DISMISS INFORMATION |

## ORDER

Leave of Court is granted to the government to dismiss the above-captioned Information without prejudice as to defendant Jaime Martinez

IT IS SO ORDERED.

DATED: 4/25/11

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE